James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
Ava Issary, Esq. (#342252)
Lauren Falk, Esq. (#316893)
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: James@jameshawkinsaplc.com
Email: Greg@jameshawkinsaplc.com
Email: Michael@jameshawkinsaplc.com
Email: Ava@jameshawkinsaplc.com
Email: Lauren@jameshawkinsaplc.com

Attorneys for Plaintiff Mark Buford

**Additional Counsel Listed On Next Page\*\*\***

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BUFORD, on behalf of the general public as private attorney general,<br><br>Plaintiff,<br><br>vs.<br><br>ESTENSON LOGISTICS LLC, a Delaware Limited Liability Company; HUB GROUP TRUCKING, INC., a Delaware Corporation; HUB GROUP, INC., doing business in California as CALIFORNIA HUB GROUP; HUB GROUP DEDICATED, LLC, a Delaware Limited Liability Company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 5:21-cv-02179-JAK-SP<br>[Consolidated with Case No. 5:20-cv-00118 JAK (SPx)]<br>Hon. John A. Krondstadt<br><br>**JOINT NOTICE OF CLASS ACTION SETTLEMENT AND REQUEST TO VACATE ALL DATES** |

**JOINT NOTICE OF CLASS ACTION SETTLEMENT**

PROSKAUER ROSE LLP
KATE S. GOLD (SBN 156117)
kgold@proskauer.com
PHILIPPE A. LEBEL (SBN 274032)
plebel@proskauer.com
MICHELLE L. LAPPEN (SBN 335339)
mlappen@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, CA  90067-3010
Telephone:   (310) 557-2900
Facsimile:(310) 557-2193

Attorneys for Defendants
HUB GROUP TRUCKING, INC., HUB GROUP, INC., and HUB GROUP DEDICATED, LLC f/k/a ESTENSON LOGISTICS, LLC

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT** Plaintiff Mark Buford ("Plaintiff") and Defendants Hub Group Trucking, Inc., Hub Group, Inc. and Hub Group Dedicated, LLC f/k/a Estenson Logistics, LLC ("Defendants" or "Hub Group"), by and through their respective counsel of record, hereby submit the foregoing Notice of Settlement.

As Plaintiff and Hub Group (collectively, the "Parties") previously advised the Court in their Stipulation to Participate in Mediation and to Continue Class Certification Deadline and Related Deadlines (*Johnson v. Estonson Logistics*, Case No. 5:20-cv-00118 JAK, Dkt. No. 97), the Parties engaged in a mediation with experienced mediator, Michael Dickstein, Esq., on September 29, 2022. Prior to the mediation, the Parties exchanged additional data regarding the putative class and collective, including timekeeping and payroll records, as well as relevant wage and hour policies.

At the mediation, the Parties reached a global settlement that will resolve both the consolidated class and collective actions pending before this Court (*i.e.*, C.D. Cal. Case Nos. 5:20-cv-00118-JAK-SP and 5:21-cv-02179-JAK-SP), as well as overlapping wage and hour representative and/or class actions currently proceeding in state court (*i.e.*, San Bernardino Superior Court Case Nos. CIVSB2117020, CIVSB2124901, CIVSB2128265, and CIVSB2133332).

The Parties currently are working to finalize the Memorandum of Understanding – Settlement Term Sheet and a long-form settlement agreement, and anticipate being able to move for approval within the next 65 days. At present, the Parties anticipate seeking approval of the global settlement before the San Bernardino Superior Court in the *Buford v. Hub Group Dedicated, LLC*, San Bernardino Superior Court Case No. CIVSB2133332, matter, before Judge Joseph T. Ortiz.

Accordingly, the Parties respectfully request that the court vacate all deadlines or continue the hearing on Defendant's Motion to Dismiss set for October 31, 2022 by 90 days, to allow the Parties time to seek preliminary approval of their settlement.

Dated: October 28, 2022                              JAMES HAWKINS APLC

                                                     By:/s/ Gregory Mauro
                                                         JAMES R. HAWKINS, ESQ.
                                                         GREGORY MAURO, ESQ.
                                                         MICHAEL CALVO, ESQ.
                                                         AVA ISSARY, ESQ.
                                                         LAUREN FALK, ESQ.

                                                         Attorneys for Plaintiff MARK BUFORD

DATED: October 28, 2022                              PROSKAUER ROSE LLP

                                                     By:  /s/ Philippe A. Lebel (with permission)
                                                         Kate S. Gold
                                                         Philippe A. Lebel
                                                         Michelle L. Lappen

                                                         Attorneys for Defendants
                                                         HUB GROUP TRUCKING, INC.,
                                                         HUB GROUP, INC., and HUB GROUP
                                                         DEDICATED, LLC f/k/a ESTENSON
                                                         LOGISTICS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2022 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

DATED: October 28, 2022                                      /s/ Gregory Mauro
                                                             Gregory Mauro