1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK BUFORD, on behalf of the general public as private attorney general,<br><br>　　　　Plaintiff,<br>　　v.<br><br>ESTENSON LOGISTICS LLC, a Delaware Limited Liability Company; HUB GROUP TRUCKING, INC., a Delaware Corporation; HUB GROUP, INC., doing business in California as CALIFORNIA HUB GROUP; HUB GROUP DEDICATED, LLC, a Delaware Limited Liability Company; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | No. 5:21-cv-02179-JAK (SPx)<br><br>**ORDER STAYING CASE AND CONTINUING STATUS CONFERENCE**<br><br>**JS-6: Case Stayed** |

Based on a review of the parties' Joint Status Report (*Albert Johnson v. Estension Logistics, LLC et al.*, Case No. 5:20-cv-00118-JAK-SP at dkt. 103, the "Report"), sufficient good cause has been shown for the requested relief. Therefore, the relief requested in the Report is **GRANTED**. The status conference previously scheduled for May 27, 2023 is **CONTINUED** to July 10, 2023, at 8:30 a.m., with the specific time for the hearing to be set when the final calendar issues for that date. All proceedings in this action are **STAYED** until June 5, 2023. Any party may file an application to lift the stay prior to that time. The parties shall file a joint status report regarding the procedural status of the settlement on or before June 26, 2023, in which they also state that a request for dismissal has been filed in this action, or the date by which they expect to do so. Based on a review of that report, a determination will be made whether to proceed with the July 10, 2023 hearing, continue it, or take it off calendar.

**IT IS SO ORDERED**

Dated: March 22, 2023

_____
John A. Kronstadt
United States District Judge